VIKTOR GRIBENKO, Appellant, v 1750 ASSOCIATES, LLC, et al., Respondents. [934 NYS2d 726]—

According great deference to the jury's determinations as to witness credibility (*see Jean-Louis v City of New York*, 86 AD3d 628, 629 [2011]; *Christ v Law Offs. of William F. Levine & Michael B. Grossman*, 72 AD3d 721, 723 [2010]; *Bertelle v New York City Tr. Auth.*, 19 AD3d 343 [2005]), a fair interpretation of the evidence (*see Lolik v Big V Supermarkets*, 86 NY2d 744, 746 [1995]; *Jean-Louis v City of New York*, 86 AD3d 628 [2011]; *Christ v Law Offs. of William F. Levine & Michael B. Grossman*, 72 AD3d at 723; *Nicastro v Park*, 113 AD2d 129, 134 [1985]) supports the jury's determination that the plaintiff was not constructively evicted from the demised premises (*see Barash v Pennsylvania Term. Real Estate Corp.*, 26 NY2d 77, 83 [1970]; *Drapaniotis v 36-08 33rd St. Corp.*, 48 AD3d 736, 737 [2008]).

Accordingly, the Supreme Court properly denied that branch

of the plaintiff's motion which was to set aside the verdict as contrary to the weight of the evidence. Skelos, J.P., Belen, Lott and Cohen, JJ., concur.